UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:25-CR-00651(A)-JFW-18 Date: 7/1/2026

Present: The Honorable: Rozella A. Oliver, United States Magistrate Judge

Interpreter Yuphadee Madan Language Hindi

| Cindy Delgado | 7/1/2026 | Raul Hari |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✔ Present In Custody | Attorneys for Defendants: ✔ Present CJA |
|---|---|
| Mukeshkumar Rambhai Ahir | Stephen G Frye |

**Proceedings: Arraignment of Defendant and/or** ✔ **Assignment of Case** **Initial Appearance** **Appointment of Counsel**

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Yuphadee Madan; Language: Hindi
* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Superseding Indictment A.
* Defendant acknowledges having read the Superseding Indictment A and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Superseding Indictment A.
* This case is assigned to Judge John F. Walter.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 8/25/2026 8:30 AM
* The government shall turn over all discovery to defense counsel. Judge Walter is located in 7A, Los Angeles - Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA PSAED PSASA
✔ USMLA USMED USMSA
Statistics Clerk ✔ Interpreter
✔ CJA Supervising Attorney Fiscal

**Initial Appearance/Appointment of Counsel:** 00 : 00
**Arraignment:** 00 : 03
**Initials of Deputy Clerk:** CLD by TRB